# Exhibit "A"

**From:** Allen Molnar
**Sent:** Friday, August 07, 2009 4:48 PM
**To:** Sabados, Bruce M.; Scott.brody@brodyoconnor.com
**Subject:** Capstone v. D'Annunzio Group II, New York Supreme Court

Bruce/Scott:

This is simply to confirm that Harris Beach PLLC accepts service of the new Complaint your clients are seeking to pursue against D'Annunzio Group as a copy of that Complaint was provided to us at the Courthouse today.

Yours very truly,

HARRIS BEACH PLLC
By: /s/ Allen Molnar

Allen E. Molnar, Esq.
HARRIS BEACH PLLC
100 Wall Street
New York, New York 10005
212.687.0100

and

One Gateway Center, 25th floor
Newark, New Jersey 07102

amolnar@harrisbeach.com
www.harrisbeach.com

**STATEMENT OF CONFIDENTIALITY**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

8/7/2009

**From:** scott.brody@brodyoconnor.com
**Sent:** Friday, August 07, 2009 4:50 PM
**To:** Allen Molnar
**Subject:** Delivered: Capstone v. D'Annunzio Group II, New York Supreme Court



ATT2557907
.txt (155 B)

Your message was delivered to the recipient.